**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1540**

PATRICIA A. MORRISON,

                                    Plaintiff - Appellant,

        versus

ELAINE CHOW, Secretary of Labor; CARLOS
GUTIERREZ, U. S. Secretary of Commerce,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:06-cv-
01109)

Submitted:  October 18, 2007        Decided:  October 22, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patricia A. Morrison, Appellant Pro Se.  Neil Ray White, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Morrison appeals the district court's orders denying relief on her civil action and denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Morrison v. Chow</u>, No. 8:06-cv-01109 (D. Md. Apr. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>